# Court of Appeals
# of the State of Georgia

ATLANTA,  December 22, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0589. SHERRI LEE BARNES v. DAVID CHARLES WEISKE

Sherri Lee Barnes and David Charles Weiske divorced on December 20, 2013. Barnes filed a motion to hold Weiske in contempt. The trial court set aside the contempt order against Weiske, and Barnes filed a motion to reconsider the trial court's order. The trial court denied the motion to reconsider, and Barnes filed the instant appeal. We, however, lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (2); *Russo v. Manning*, 252 Ga. 155, 155 (312 SE2d 319) (1984). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Because Barnes failed to file an application for discretionary appeal, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/22/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.